**Entered on Docket
June 04, 2010**

_____
**Hon. Lloyd King
United States Bankruptcy Judge**

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
jbackman@backlawoffice.com

L. Kristopher Rath
Jeffrey Hall
Hutchison & Steffen
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Counsel for the Liquidating Trustee

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Chapter 11 |
| XYIENCE INCORPORATED, a Nevada corporation, | No. BK-S-08-10474-MKN |
| Debtor. | Hearing: May 28, 2010<br>9:30 a.m. |

**ORDER ON LIQUIDATING TRUSTEE'S THIRD MOTION FOR APPROVAL
OF SETTLEMENTS OF VARIOUS AVOIDANCE ACTIONS**

The <u>Liquidating Trustee's Third Motion for Approval of Settlements of Various Avoidance Actions (the "Motion")</u> came on regularly for hearing, with appearances noted on the record; David Herzog, as Liquidating Trustee (the "Trustee") for the estate of Xyience Incorporated, the former debtor and debtor in possession in the above-captioned Chapter 11 case, having moved the Court, by the Motion, and pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for the entry of an Order approving the Trustee's settlement of avoidance actions (the "Settlements") against the following payment recipients (the "Settling Parties"):

      a.    Command Nutritionals, LLC;

      b.    Roadway Express, Inc., n/k/a YRC, Inc.;

      c.    Relevent Group, LLC;

      d.    Santoro, Driggs, Walch, Kearney, Holley & Thompson, Ltd.; and

      e.    Intelligent Media Corp. d/b/a Prime Point Media;

the Court having considered the Motion, and the lack of opposition, and having placed its findings of fact and conclusions of law on the record in accordance with Bankruptcy Rule 7052 incorporating Federal Rule of Civil Procedures 52(a); such findings of fact and conclusions of law being incorporated herein; and good and sufficient cause appearing therefor;

IT IS HEREBY FOUND, ORDERED AND DECREED as follows:

1. The Motion is granted.

2. Each of the Settlements is approved.

3. The Court retains jurisdiction to enforce the Settlements.

4. The Trustee is authorized to dismiss the adversary proceedings with respect to each of the Settling Parties.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ Jonathan A. Backman

*Counsel for the Liquidating Trustee*

###

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows:

[ ] The Court waived the requirement of approval under LR 9021, with the consent of counsel.

[ ] The following counsel waived the requirement of approval:

[x] No parties appeared or filed written objections, and there is no trustee appointed in this case.

[ ] A copy of this proposed order was delivered to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved or failed to respond to the document):

Dated: May 28, 2010

                                                   Respectfully submitted,

                                                   /s/   Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*David Herzog, as Liquidating Trustee for the Estate of Xyience, Incorporated*