GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorney for Zyen, LLC and
Manzen, LLC, d/b/a Xyience

E-Filed On February 28, 2011

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br><br>Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11<br><br>Date: March 1, 2011<br>Time: 11:00 a.m. |

## CERTIFICATE OF SERVICE

1. On February 25, 2011, I caused to be served the following document(s):

| | | |
|---|---|---|
| a. | Ex Parte Motion to Exceed Page Limit re: Emergency Motion for Plan Implementation Injunction | Doc. 586 |
| b. | Ex Parte Application for Order Seeking Authorization to File Documents Under Seal Pursuant to 11 U.S.C § 107(c)(1) | Doc. 587 |
| c. | Declaration of John Villari in Support of Ex Parte Application for Order Seeking Authorization to File Documents Under Seal Pursuant to 11 U.S.C § 107(c)(1) | Doc. 588 |
| d. | Emergency Motion For Plan Implementation Injunction | Doc. 589 |
| e. | Declaration of Gregory E. Garman, Esq. in Support of Emergency Motion for Plan Implementation Injunction | Doc. 590 |
| f. | Declaration of Michael Levy in Support of Emergency Motion for Plan Implementation Injunction | Doc. 591 |
| g. | Declaration of William Bullard in Support of Emergency Motion for Plan Implementation Injunction | Doc. 592 |
| h. | Declaration of John Lennon in Support of Emergency Motion for Plan Implementation Injunction | Doc. 593 |
| i. | Declaration of John Villari in Support of Emergency Motion for Plan Implementation Injunction | Doc. 594 |

| | | |
|---|---|---|
| j. | Ex Parte Application for Order Shortening Time to Hear Emergency Motion for Plan Implementation Injunction | Doc. 595 |
| k. | Attorney Information Sheet in Support of Order Shortening Time to Hear Emergency Motion for Plan Implementation | Doc. 596 |
| l. | Order Approving Ex Parte Motion to Exceed Page Limit re: Emergency Motion for Plan Implementation Injunction | Doc. 598 |
| m. | Order Granting Ex Parte Application for Order Seeking Authorization to File Documents Under Seal Pursuant to 11 U.S.C. Section 107(c)(1) | Doc. 599 |
| n. | Notice of Hearing and Order Shortening Time to Hear Emergency Motion for Plan Implementation Injunction | Doc. 600 |

2. I served the above-named document(s) by the following means to the persons as listed below:

☐ a. ECF System: See attached ECF Confirmation Sheets.

☒ b. **Priority** United States Mail, postage fully prepaid:

Rich Bergeron
PO Box 5212
Weirs Beach, NH 03247

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ d. By direct email:

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

rich.bergeron@gmail.com

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. *A copy of the fax transmission is attached.*





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service)*

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of February, 2011.

Gregory E. Garman, Esq.
Gordon Silver



101551-001/1143008

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555