# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 08−10474−mkn**
**Chapter 11**
**Appeal Reference Number 11−16**
**BAP Number**

In re:
XYIENCE, INCORPORATED
Debtor(s)

---

RICHARD BERGERON, AN INDIVIDUAL
Appellant(s)

vs

XYIENCE INCORPORATED, A NEVADA CORPORATION
Appellee(s)

---

YES, ADVERSARY CASE 08−1082−MKN TRANSMITTAL FORM, DISTRICT OFFICE NO. 0978/ 2

To: BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | YES, ADVERSARY CASE 08−1082−MKN |
| Bankruptcy Judge | MIKE K. NAKAGAWA |
| Date Notice of Appeal Filed | 04/25/2011 |
| Date of Entry of Order Appealed | 04/08/2011 |
| Date Bankruptcy Filed | 01/18/2008 |
| Other | |

BY THE COURT

Mary A. Schott

Mary A. Schott
Clerk of the Bankruptcy Court